**SOWD**
BRENDA H. ENTZMINGER
Nevada Bar No. 9800
DANIEL H. PREPAS
Nevada Bar No. 13937
PHILLIPS, SPALLAS & ANGSTADT LLC
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
bentzminger@psalaw.net
dprepas@psalaw.net
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA C. SMITH, an individual, | Case No.: 2:17-cv-00131-JCM-CWH |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WAL-MART STORES, INC., a Foreign Corporation d/b/a WAL MART STORES, INC. 1838; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 9 day of May 2017.

LAW OFFICES OF STEVEN M. BURRIS

_____
Steven M. Burris, Esq.
2810 W. Charleston Boulevard, Suite F-58
Las Vegas, NV 89102
*Attorneys for Plaintiff*
*Linda C. Smith*

DATED this 10th day of May 2017.

PHILLIPS, SPALLAS & ANGSTADT

_____
Daniel H. Prepas Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

- 1 -

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED May 18, 2017.

_____
UNITED STATES DISTRICT JUDGE